UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**ILLINOIS EXTENSION PIPELINE COMPANY, L.L.C.**,

    Plaintiff,

v.

**DWIGHT L. HAGY, et al,**

    Defendant.                               No. 15-cv-697-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on plaintiff's Motion for Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting plaintiff's Motion for Judgment entered on February 8, 2016 (Doc. 23), this case is **DISMISSED** with prejudice.

                              JUSTINE FLANAGAN,
                              ACTING CLERK OF COURT

                              BY:     /s/*Caitlin Fischer*
                                          **Deputy Clerk**

Dated: February 10, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.02.10
11:16:04 -06'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT